IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
December 16, 2024
Laura A. Austin, Clerk
BY: *K. Lokey*
DEPUTY CLERK

| | |
|---|---|
| **Craig Robertson Construction, Inc.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No.: 5:23-cv-00048 |
| | ) |
| **Andrew C. Bradley,** | ) |
| | ) |
| **Defendant.** | ) |

## DISMISSAL ORDER

Came the parties to this action, by counsel, and informed the Court that the conditions to dismissal of this action set forth in their Settlement Agreement have been met and requested dismissal of this action with prejudice.

Upon consideration of the parties' joint request, and it being proper to do so, it is hereby ORDERED that all claims and counterclaims in this action are hereby DISMISSED with prejudice, the parties to bear their own costs and attorney's fees.

Entered: December 16, 2024.

*/s/ Elizabeth K. Dillon*
Elizabeth K. Dillon
Chief United States District Judge

REQUESTED JOINTLY BY:

By: */s/ Steven C. Hemric*
Steven C. Hemric (Admitted *Pro Hac Vice*)
SPILMAN THOMAS & BATTLE, PLLC
110 Oakwood Drive, Suite 500
Winston-Salem, NC  27103
Telephone: (336) 725-4710
Facsimile: (336) 725-4476
shemric@spilmanlaw.com
*Counsel for Andrew Bradley*

*/s/ Robert A. Ziogas*
Robert A. Ziogas (VBS No. 24964)
SPILMAN THOMAS & BATTLE, PLLC
310 First Street, Suite 1100
Roanoke, VA  24011
Telephone: (540) 512-1800
Facsimile: (540) 342-4480
rziogas@spilmanlaw.com
*Counsel for Andrew Bradley*

By: */s/ R. Creigh Deeds*
R. Creigh Deeds
R. Creigh Deeds, P.C.
P.O. Drawer D
Hot Springs, VA 24445
rcdeeds@tds.net
*Counsel for Craig Robertson Construction, Inc.*

*/s/ Randall T. Perdue*
Randall T. Perdue
Timberlake Smith
P.O. Box 108
Staunton VA 24402
rperdue@timberlakesmith.com
*Counsel for Craig Robertson Construction, Inc.*

2